IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _AC_ D.C.

05 JUL 22 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>_Desiray Murry_ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>_____ )<br>)<br>Defendant(s). ) | Criminal No. _05-20213_ Ml<br><br>(90-Day Continuance) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the August, 2005, criminal rotation calendar, but is now RESET for report at 9:00 a.m. on Friday, October 28, 2005, with trial to take place on the November, 2005, rotation calendar with the time excluded under the Speedy Trial Act through November 18, 2005. Agreed in open court at report date this 22nd day of July, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-25-05_

24

SO ORDERED this 22nd day of July, 2005.

                                                         */s/ Jon P. McCalla*
                                                JON PHIPPS McCALLA
                                                UNITED STATES DISTRICT JUDGE

_____
Scott F. Leary
Assistant United States Attorney

_____
for Lee Gerald

_____

Counsel for Defendant(s)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20213 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT